| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Andrew K. de Heer<br>ANDREW K. DE HEER, ESQUIRE<br>7209 Lancaster Pike<br>Suite 4- 1181<br>Hockessin, DE 19707<br>(856) 345-4911 - telephone<br>(800) 578-0568 - facsimile<br>deheer.esq@gmail.com<br>Attorney for Debtor, Bradley Nicolas | Order Filed on February 21, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re:<br><br>BRADLEY NICOLAS,<br><br>Debtor | Case No.:<br>Chapter:<br>Hearing Date:<br>Judge: | 24-10437/ABA<br>13<br><br>Altenburg |

## ORDER
## EXTENDING/REINSTATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through __2(two)__, is **ORDERED**.

**DATED: February 21, 2024**

*/s/ Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Andrew K. de Heer, Esquire, for and on behalf of Debtor, Bradley Nicolas and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is hereby extended/reinstated as to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form Certification of Service