UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew K. de Heer/010492007
ANDREW K. DE HEER, ESQUIRE
7209 Lancaster Pike
Suite 4- 1181
Hockessin, DE 19707
(856) 345-4911 - telephone
(800) 578-0568 - facsimile
deheer.esq@gmail.com
Attorney for Debtor, Bradley Nicolas

In Re:

BRADLEY NICOLAS

Case No.: 24-10437/ABA

Chapter: 13

Adv. No.: _____

Hearing Date: _____

Judge: ALTENBURG

## CERTIFICATION OF SERVICE

1. I, Andrew K. de Heer, Esquire :

   ☒ represent Debtor, Bradley Nicolas in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On February 21, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Order extending/imposing automatic stay

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 2/21/2024

/s/Andrew K. de Heer
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise E. Carlon, Esquire<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel for secured creditor, MidFirst Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>CM/ECF</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew B. Finberg, Esquire<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Standing Chapter 13 trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>CM/ECF</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*