UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew K. de Heer
ANDREW K. DE HEER, ESQUIRE
7209 Lancaster Pike
Suite 4- 1181
Hockessin, DE 19707
(856) 345-4911 - telephone
(800) 578-0568 - facsimile
deheer.esq@gmail.com
Attorney for Debtor, Bradley Nicolas

Order Filed on February 21, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BRADLEY NICOLAS,

    Debtor

Case No.: __24-10437/ABA__

Chapter: __13__

Hearing Date: _____

Judge: __Altenburg__

# ORDER
## EXTENDING/REINSTATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through __2(two)__, is **ORDERED**.

DATED: February 21, 2024

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Andrew K. de Heer, Esquire, for and on behalf of Debtor, Bradley Nicolas and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

    ORDERED that:

The automatic stay is hereby extended/reinstated as to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

    IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form Certification of Service

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-10437-ABA |
| Bradley Nicolas | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 21, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bradley Nicolas, 18 Eden Hollow Lane, Sicklerville, NJ 08081-1936 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 23, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew K. de Heer | on behalf of Debtor Bradley Nicolas deheer.esq@gmail.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4